In re ROTHSCHILD. (Supreme Court, Appellate Division, First Department. January 12, 1912.) In the matter of Arthur Rothschild. No opinion. Application granted. Settle order on notice. See, also, 140 App. Div. 583, 125 N. Y. Supp. 629.

ROURKE, Respondent, v. McLAUGHLIN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Agnes Rourke against James McLaughlin. G. H. Francoeur, for appellant. T. C. McDonald, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent, on the ground that there was no evidence of defendant's negligence, and that the plaintiff assumed the risk of entering the room with a lighted taper.

ROWAN, Respondent, v. SUSSDORN, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Edward Rowan against William H. Sussdorn. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 550.

In re ROWLAND. (Supreme Court, Appellate Division, First Department. December 8, 1911.) In the matter of Alice Rowland. No opinion. Motion granted. Settle order on notice.

RUBEL et al., Appellants, v. STELLJES et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 15, 1911.) Action by Samuel Rubel and another against Herman Stelljes and another.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event. There is a conflict of evidence as to what occurred on the 13th of May; but, giving to defendants the full benefit of the evidence introduced on their behalf, it fails to establish such unreasonable delay on the part of plaintiffs in delivering ice as would justify defendants in terminating the contract.

RUPP, Respondent, v. RUPP, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Caroline F. Rupp, an infant, by Frederick B. Stevenson, her guardian ad litem, against Richard C. Rupp.

PER CURIAM. Interlocutory judgment affirmed, with costs, upon the ground that there are sufficient allegations in that portion of the complaint stated as a first cause of action, if supported by competent evidence, to justify a judgment annulling the marriage of the parties to this action upon the ground that the prior divorce of the defendant was invalid because of collusion.

RUPP, Respondent, v. RUPP, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Caroline F. Rupp, an infant, by Frederick B. Stevenson, her guardian ad litem, against Richard C. Rupp. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. For former decision, see supra.

SAGE BROS., Inc., Respondent, v. HALPERN, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Sage Brothers, Incorporated, against Lena Halpern. No opinion. Order of the Municipal Court reversed, and verdict reinstated, with costs to the appellant, upon the ground that the verdict of the jury was supported by the evidence. See, also, 144 App. Div. 937, 129 N. Y. Supp. 1145.

SAS, Respondent, v. COHOES SAVINGS INSTITUTION, Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Texla Sas against the Cohoes Savings Institution. No opinion. Judgment and order unanimously affirmed, with costs.

SCHARLES v. HUBBARD. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Henrietta F. Scharles against N. Hubbard, Jr. No opinion. Application granted, on conditions stated in opinion of Ingraham, P. J. Settle order on notice. See, also, 131 N. Y. Supp. 848.

SCHIELKE, Respondent, v. MEISTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Bertha Forrest Schielke against William Meister. No opinion. Motion denied, on condition that defendant, within five days, pay to plaintiff $4.84 and $10 costs of this motion; otherwise, motion granted, with $10 costs.

SCHLEIN, Appellant, v. NEW YORK HERALD, Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Joseph Schlein against the New York Herald. A. H. Sarasohn, for appellant. R. W. Candler, for respondent. No opinion. Order affirmed, with costs. Order filed.

SCHOFIELD, Appellant, v. FONDA GLOVE LINING CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by John Schofield against the Fonda Glove Lining Company. No opinion. Judgment unanimously affirmed, with costs.

SCHOONMAKER, Appellant, v. GRAY et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Wheaton H. Schoonmaker against Ernest L. Gray and another, as executors etc. No opinion. Judgment unanimously affirmed, with costs.